IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:03CR87 |
| v. | ) ) | |
| TUWANE ENGLISH, | ) ) | ORDER |
| Defendant. | ) ) ) | |

Before the court is the defendant's motion to reduce his sentence pursuant to the crack cocaine Amendment 706 (Filing No. 46).

Accordingly,

IT IS ORDERED that the government shall file a brief in this matter within 30 days of the date of this order.

DATED this 15th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge