AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR87 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18471-047 |
| | ) | |
| TUWANE ENGLISH | ) | A.  MICHAEL BIANCHI |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 7/25/2003 | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 80 months is reduced to 64 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 32 | | Amended Offense Level: | 30 | |
| Criminal History Category: | III | | Criminal History Category: | III | |
| Previous Guideline Range: | 135 to 168 months | | Amended Guideline Range: | 108 to 135 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated July 25, 2003 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 4th day of June, 2008
Effective Date: June 4,2008

s/ Joseph F. Bataillon
Chief United States District Judge